### JONES v. STATE.
No. 26916.

Court of Criminal Appeals of Texas.

March 31, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

### MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area; the punishment, a fine of $500.

The record contains no notice of appeal, and this Court is without jurisdiction.

The appeal is dismissed.